UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-PASS TECHNOLOGIES,

        Plaintiff,

    v.

MOSES & SINGER, LLP, *et al.*,

        Defendants.
_____/

No. C-09-5967 EMC

**ORDER RE SUPPLEMENTAL BRIEFING AND HEARING ON DEFENDANTS' MOTION TO STAY**

**(Docket No. 36)**

    Currently pending before the Court is Defendants's motion to stay. Having considered the parties' briefs and accompanying submissions, as well as all other evidence of record, the Court hereby orders the parties to provide supplemental briefing on the following issues:

    (1)    Whether the Colorado River doctrine is applicable where federal jurisdiction is exclusive, *see Minucci v. Agrama*, 868 F.2d 1113, 1115 (9th Cir. 1989) (stating that "'[a] district court has no discretion to stay proceedings as to claims within exclusive federal jurisdiction under the wise judicial administration exception'"); *Intel Corp. v. Advanced Micro Devices*, 12 F.3d 908, 913 n.7 (9th Cir. 1993) (noting that, while "[t]he Supreme Court has yet to address the question of the applicability of the *Colorado River* doctrine to cases involving claims subject to exclusive federal jurisdiction . . . , . . . the circuit courts, and the Ninth Circuit in particular, have uniformly held that a district court may not grant a stay in this context"); and

    (2)    Whether in this case there is exclusive federal patent jurisdiction.

///

///

The supplemental briefing shall be filed by May 19, 2010. The hearing on Defendants' motion to stay is rescheduled from May 19, 2010, to May 26, 2010 (at 10:30 a.m.).

IT IS SO ORDERED.

Dated: May 14, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge