TOWNSEND AND TOWNSEND AND CREW LLP
ANDREW T. OLIVER (State Bar No. 226098)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: *atoliver@townsend.com*

Attorneys for Judgment Creditor
ACCESS SYSTEMS AMERICAS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOSES & SINGER, LLP, a New York Limited Partnership; STEPHEN N. WEISS, ESQ., an Individual; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C 09-05967 EMC<br><br>**ACCESS SYSTEMS AMERICAS, INC.'S SUBMISSION RESPONSIVE TO ORDER TO SHOW CAUSE**<br><br>Hearing Date: December 22, 2010<br>Time: 10:30 a.m.<br>Courtroom: C |

ACCESS Systems Americas, Inc. (formerly known as PalmSource, Inc.) ("ACCESS") hereby responds to this Court's Order to Show Cause, dated November 18, 2010. (ECF No. 61).

ACCESS has been informed, and the above cited order states, that outside counsel for the parties to the above-captioned action have agreed to be bound by the protective order in place in *E-Pass Technologies, Inc. v. palmOne, Inc. et al.*, Case No. 04-CV-0528 DLJ in the United States District Court for the Northern District of California (the "Protective Order"). As long as outside counsel is bound by the Protective Order and ACCESS' confidential information is treated appropriately pursuant to the Protective Order, ACCESS does not object to disclosure of its

confidential information to outside counsel in the above-captioned action.

DATED: December 6, 2010

Respectfully submitted,

By: *__/s/ Andrew T. Oliver*
Andrew T. Oliver
TOWNSEND AND TOWNSEND AND CREW LLP

Attorneys for Judgment Creditor
ACCESS Systems Americas, Inc.

63025726 v1