# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

ROBERT M. FINEMAN
DIRECT DIAL: 415.957.3210
PERSONAL FAX: +1 415 651 8982
E-MAIL: rmfineman@duanemorris.com

www.duanemorris.com

June 28, 2011

**VIA ELECTRONIC TRANSMISSION**

Honorable Judge Edward M. Chen
United Staes District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102-3483

   Re:   *E-Pass Technologies, Inc. v. Moses & Singer LLP, et al.*
         USDC Northern District of California Case No.: 3:09-cv-05967-EMC

Dear Judge Chen:

   Plaintiff E-Pass Technologies, Inc. and Defendants Moses & Singer, LLP and Stephen N. Weiss (collectively the "Parties") jointly submit this letter to the Court requesting that the June 29, 2011 hearing on E-Pass' pending Motion to Compel Production of Documents Identified on Defendants' Privilege Log ("Motion") (Document No. 88) be taken off calendar. Pursuant to the Court's Civil Minutes filed on June 23, 2011, the Parties met and conferred on June 27 to attempt to narrow, if not eliminate, issues to be addressed by the Court in E-Pass' Motion. As a result of the meet and confer discussions, the Parties made progress in identifying certain documents that are not in dispute and those for which the Parties are unable to reach an informal agreement. In conjunction with the meet and confer discussion, the Parties jointly contacted the Courtroom Deputy to advise on the results of the meet and confer discussions and that the Parties had agreed to take the June 29 hearing on the Motion off calendar because the Parties intended to have the remaining disputed issues resolved by the Court with an *in camera* inspection of the remaining documents in dispute. The Parties were instructed to submit this letter to the Court advising of the agreements reached and their proposed process for resolving the remaining issues.

   Accordingly, by this letter, the Parties advise that they have agreed to take the June 29 Motion hearing off calendar, and by July 6, 2011, Defendants intend to lodge with the Court a copy of the remaining withheld documents in dispute along with an updated privilege log

DuaneMorris

Honorable Judge Edward M. Chen
June 28, 2011
Page 2

identifying the documents for which agreements have been reached through the meet and confer process and those which remain in dispute. In addition, the Parties agree to submit a brief joint letter asserting their respective positions on the withheld documents by July 6. The Parties will remain available for any conference call or hearing with the Court regarding the disputed documents.

The Parties are available to address any other issues or questions the Court may have regarding their proposed approach for resolving this discovery dispute through an *in camera* inspection of the subject documents.

Very truly yours,

Robert M. Fineman

RMF/bmc

cc: James R. Rosen, Esq.
Ryan D. Saba, Esq.
Richard D. Hoffman, Esq.

IT IS SO ORDERED that the 6/29/11 hearing is vacated.



_____
Edward M. Chen
U.S. District Judge
Dated: June 28, 2011