Richard D. Hoffman (SBN 76799)
Robert M. Fineman (SBN 188211)
EJ Kim (SBN 250062)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:    RHoffman@duanemorris.com
           RMFineman@duanemorris.com

Attorneys for Defendants
MOSES & SINGER, LLP and
STEPHEN N. WEISS, ESQ.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>MOSES & SINGER, LLP, a New York Limited Partnership; STEPHEN N. WEISS, ESQ., an Individual; and DOES 1 through 59, inclusive,<br><br>         Defendants. | Case No.: 3:09-cv-05967-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:        August 19, 2011<br>Time:        1:30 p.m.<br>Courtroom: 5<br><br>Judge:             Hon. Edward M. Chen<br>Complaint Filed:   December 21, 2009 |

Defendants' Request for Judicial Notice in conjunction with their Opposition to Plaintiff's Motion for Leave of Court to File a First Amended Complaint ~~came on regularly for hearing before this Court on August 19, 2011 in Courtroom 5 at 1:30 p.m~~ was submitted to, the Honorable Edward M. Chen presiding.  ~~All parties were represented by counsel.~~

The Court, having considered all of the pleadings and papers submitted by the parties, the materials on file with the Court and the argument of counsel, GRANTS Defendants' Request for Judicial Notice and hereby takes judicial notice of the following documents attached to Defendants' Request for Judicial Notice:

**Exhibit A**: Published decision by the California Court of Appeal, First District in *E-Pass Technologies, Inc. v. Squire, Sanders & Dempsey, et al.*, (Appeal No. A127025) issued on November 5, 2010.

**Exhibit B**: Combined Opposition of Plaintiff E-Pass Technologies, Inc. to the Separate Demurrers of Defendants Moses & Singer, LLP, Stephen N. Weiss, Squire Sanders & Dempsey, LLP and Mark C. Dosker to Plaintiff's First Amended Complaint filed in the Superior Court Action.

**Exhibit C**: Combined Opposition of Plaintiff E-Pass Technologies, Inc. to the Separate Demurrers of Defendants Moses & Singer, LLP, Stephen N. Weiss, Squire Sanders & Dempsey, LLP and Mark C. Dosker to Plaintiff's Second Amended Complaint filed in the Superior Court Action.

**Exhibit D**: Opening Brief of Appellant E-Pass Technologies, Inc. filed with the California Court of Appeal, First District in *E-Pass Technologies, Inc. v. Squire, Sanders & Dempsey, et al.,* (Appeal No. A127025).

**Exhibit E**: Combined Reply Brief of Appellant E-Pass Technologies, Inc. filed with the California Court of Appeal, First District in *E-Pass Technologies, Inc. v. Squire, Sanders & Dempsey, et al.*, (Appeal No. A127025).

**Exhibit F**: Defendants' transcription of the oral argument before the Court of Appeal, First District in *E-Pass Technologies, Inc. v. Squire, Sanders & Dempsey, et al.*, (Appeal No. A127025) regarding Plaintiff's appeal entitled "Defendants' Transcript of Oral Argument Before the California Court of Appeal on October 13, 2010."

1  IT IS SO ORDERED.

3  Dated: _____August 12_____, 2011

   _____
   Honorable Edward M. Chen
   United States
   Northern

