# UNITED STATES DISTRICT COURT

## Northern District of California

E-PASS TECHNOLOGIES, INC.

                Plaintiff(s),

v.

MOSES & SINGER LLP, ET AL.

                Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:09-cv-05967-EMC

Notice is hereby given that, subject to approval by the court, Stephen N. Weiss substitutes
(Party(s) Name)

Joseph McMonigle State Bar No. 66811 as counsel of record in
(Name of New Attorney)

place of Richard D. Hoffman, Duane Morris LLP
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Long & Levit

    Address: 465 California Street, Fifth Floor, San Francisco, CA 94104

    Telephone: 415.397.2222      Facsimile 415.397.6392

    E-Mail (Optional): jmcmonigle@longlevit.com

I consent to the above substitution.

Date: November 28, 2011

Stephen N. Weiss
*(Signature of Party(s))*

I consent to being substituted.

Date: November 28, 2011

Richard D. Hoffman
Duane Morris LLP
*(Signature of Former Attorney(s))*

I consent to the above substitution.

Date: November 28, 2011

Joseph McMonigle
Long & Levit LLP
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: December 5, 2011

Honorable

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]