AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

E-Pass Technologies, Inc.
        Plaintiff (s),
V.
Moses & Singer, LLP Et Al.,
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:09-cv-05967-EMC

Notice is hereby given that, subject to approval by the court, __Visa__ (Party (s) Name) substitutes __Andrew Leibnitz__ (Name of New Attorney), State Bar No. __184723__ as counsel of record in place of __Madison C. Jellins__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: **FARELLA BRAUN + MARTEL LLP**
Address: **235 MONTGOMERY ST., SUITE 1700, SAN FRANCISCO, CA 94104**
Telephone: **(415) 954-4400**   Facsimile **(415) 954-4480**
E-Mail (Optional): **aleibnitz@fbm.com**

I consent to the above substitution.
Date: _____
(Signature of Party (s))

I consent to being substituted.
Date: 12/21/11
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/29/11
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]