Richard D. Hoffman (SBN 76799)
Robert M. Fineman (SBN 188211)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:   RHoffman@duanemorris.com
          RMFineman@duanemorris.com

Attorneys for Defendant
MOSES & SINGER, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOSES & SINGER, LLP, a New York Limited Partnership; STEPHEN N. WEISS, ESQ., an Individual; and DOES 1 through 59, inclusive,<br><br>Defendants. | Case No.: 3:09-cv-05967-EMC<br><br>**JOINT STIPULATION FOR FURTHER EXTENDING TIME TO FILE AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTIONS**<br><br>ORDER<br><br>Courtroom: 5, 17th Floor<br><br>Judge: Hon. Edward M. Chen<br>Complaint Filed: December 21, 2009<br>Trial Date: February 4, 2013 |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff E-Pass Technologies, Inc. ("E-Pass") and Defendants Moses & Singer LLP and Stephen N. Weiss (collectively the "Parties"), jointly stipulate as follows:

WHEREAS, the Court issued and filed its Order on the Parties Joint Stipulation For Extended Time To File Amended Complaint And Briefing Schedule On Motions in this action on February 8, 2012 (Document No. 138) ("Order");

WHEREAS, the Order sets a deadline for the last day for Plaintiff to amend the complaint on February 14, 2012;

WHEREAS, the Order sets a further deadline for the filing of any venue motion by Defendants and the filing of Plaintiff's motion for partial summary judgment of statute of limitations issues on February 17, 2012, with a briefing schedule and hearing date on all such motions set for March 23, 2012;

WHEREAS, the Parties seek to further extend the current deadlines for Plaintiff to file any amended complaint and for the filing, briefing and hearing on any motions that are the subject of the Order by an additional period of two weeks for each of the deadlines set in the Order so that the Parties may continue to focus on exploring the informal resolution of the claims in this matter;

THEREFORE, the Parties jointly stipulate as follows:

The last day for Plaintiff to file any further Amended Complaint in this action shall be extended from February 14, 2012 to February 28, 2012;

The filing deadline for Defendants to file any venue motion and for Plaintiff to file any motion for partial summary adjudication of the statute of limitations issue shall be extended from February 17, 2012 to March 2, 2012;

The opposition briefs to any venue motion filed by Defendants or motion for partial summary adjudication of the statute of limitations issue filed by Plaintiff shall be filed on March 16, 2012;

The reply briefs in support of any venue motion filed by Defendants or motion for partial summary adjudication of the statute of limitations issue filed by Plaintiff shall be filed on March 23, 2012;

The hearing date on any venue motion filed by Defendants or motion for partial summary adjudication of the statute of limitations issue filed by Plaintiff and further case status conference shall be continued from March 23, 2012 to April 6, 2012 at 1:30 PM.

///
///
///
///
///

1 | Dated: February 14, 2012 | **DUANE MORRIS** LLP

By: /s/ Richard D. Hoffman
Richard D. Hoffman
Robert M. Fineman

Attorneys for Defendants
MOSES & SINGER, LLP and

Dated: February 14, 2012 | **LONG & LEVIT** LLP

By: /s/ Jessica MacGregor
Joseph McMonigle
Jessica MacGregor
Attorneys for Defendant
STEPHEN N. WEISS, ESQ.

Dated: February 14, 2012 | **ROSEN SABA,** LLP

By: /s/ James R. Rosen
James R. Rosen
Ryan L. Saba
Attorneys for Plaintiff
E-PASS TECHNOLOGIES, INC.

DM1\3121747.1

3

JOINT STIPULATION     CASE NO.: 3:09-CV-05967-EMC

# [PROP~~O~~SED] ORDER

Based on the parties' Joint Stipulation, pursuant to Local Rules 6-1 and 6-2, and good cause appearing,

**IT IS ORDERED** that

(1) The last day for Plaintiff to file and serve any further Amended Complaint in this action shall be extended from February 14, 2012 to February 28, 2012;

(2) The filing deadline for Defendants to file and serve any venue motion and for Plaintiff to file and serve any motion for partial summary adjudication of the statute of limitations issue shall be extended from February 17, 2012 to March 2, 2012;

(3) The opposition briefs to any venue motion filed by Defendants or motion for partial summary adjudication of the statute of limitations issue filed by Plaintiff shall be filed and served on March 16, 2012;

(4) The reply briefs in support of any venue motion filed by Defendants or motion for partial summary adjudication of the statute of limitations issue filed by Plaintiff shall be filed and served on March 23, 2012;

(5) The hearing date on any venue motion filed by Defendants or motion for partial summary adjudication of the statute of limitations issue filed by Plaintiff and further case status conference shall be continued from March 23, 2012 to April 6, 2012 at 1:30 PM.

Dated  2/16/12



Honorable
Judge
United States District Court,
Northern District of California

IT IS SO ORDERED
Judge Edward M. Chen