UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDALL WRIGHT,

        Plaintiff,

   v.

CAFE TRIESTE, INC., et al.,

        Defendants.
_____/

No. C11-4227 EMC

**ORDER RE JUNE 19, 2012 CASE MANAGEMENT CONFERENCE**

    The Court is in receipt of the parties' separately-filed case management statements. Docket Nos. 27, 28. This Court's standing orders and Local Rule 16-9 require *joint* case management statements. The parties shall file a *joint* case management statement in full compliance with the standing order and local rules no later than **June 15, 2012, at 12:00 p.m.** Failure to do so will result in sanctions on both parties.

    The parties shall also be prepared to discuss Plaintiff's motion for administrative relief from General Order 56, Docket No. 24, and Defendants' "stipulations" and Plaintiff's objections thereto, Docket Nos. 9, 13, 19, 21.

    Defendants' counsel's request to appear telephonically at the Case Management Conference is **DENIED**. Docket No. 23.

    IT IS SO ORDERED.

Dated: June 11, 2012

                                         _____
                                         EDWARD M. CHEN
                                         United States District Judge