JAMES R. ROSEN, ESQ. (State Bar No. 119438)
jrosen@rosensaba.com
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
LAURA L. CABLE, ESQ. (State Bar No. 278432)
lcable@rosensaba.com
**Members of Rosen ✧ Saba, LLP**
468 North Camden Drive, Third Floor
Beverly Hills, California 90210
Telephone:  (310) 285-1727
Facsimile:   (310) 285-1728

Attorneys for Plaintiff,
E-PASS TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOSES & SINGER, LLP, a New York Limited Partnership; STEPHEN N. WEISS, ESQ., an Individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:09-cv-05967-EMC<br>*Honorable Edward M. Chen*<br><br>**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS REGARDING EXPERT REPORTS AND DISCOVERY; [Proposed] ORDER**<br><br>Complaint Filed:  December 21, 2009<br>Trial Date:         February 4, 2013 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

(1) WHEREAS, on November 10, 2011, the Court issued a First Amended Case Management and Pretrial Order for Jury Trial. [USDC Docket #130.] Part of this Order established a non-expert discovery cut-off date of August 24, 2012, and an expert discovery cut-off date of October 5, 2012. Additionally, this Order required the parties to exchange opening expert reports by August 24, 2012, and rebuttal expert reports by September 14, 2012.

(2) WHEREAS, Defendants desire to conduct the deposition of third party witness Michael Cooper in Seattle, Washington, but due to scheduling, his deposition could not be completed at a mutually convenient time prior to August 24, 2012.

(3) WHEREAS, the counsel for the parties and Mr. Cooper are available for his deposition to commence on August 27, 2012, in Seattle, Washington. Additionally, the deposition of third party witness Richard Brass is scheduled to commence on August 24, 2012, in Friday Harbor, Washington. Defendants agree to permit Plaintiff's counsel to attend and ask questions at both depositions in person and/or by Skype or telephone from Los Angeles.

(4) WHEREAS, the deposition testimony of Mr. Cooper and Mr. Brass may be necessary for certain expert witnesses to rely upon, and so the parties desire to continue the date to exchange expert witness reports from August 24, 2012, until September 4, 2012. Additionally, the parties desire to continue the date for the exchange of rebuttal expert reports from September 14, 2012, to September 25, 2012. The parties also desire to continue the expert discovery cut-off date from October 5, 2012, until October 16, 2012.

(5) WHEREAS, the parties agree not to use the extensions of time provided for in this Stipulation as a reason to request a trial continuance in the

1
STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS REGARDING EXPERT REPORTS AND DISCOVERY

future.

Now, therefore, the parties, by and through their counsel of record, STIPULATE as follows:

(A) The non-expert discovery cut-off deadline shall remain as August 24, 2012, except that the deposition of Michael Cooper may proceed on August 27, 2012, in Seattle, Washington.

(B) Plaintiff's counsel is permitted to attend and ask questions at the deposition of Richard Brass on August 24, 2012, in Friday Harbor, Washington, and at the deposition of Michael Cooper on August 27, 2012, in Seattle, Washington, in person and/or by Skype or telephone from Los Angeles.

(C) The date to exchange opening expert reports shall be continued from August 24, 2012, until September 4, 2012.

(D) The date to exchange rebuttal expert reports shall be continued from September 14, 2012, to September 25, 2012.

(E) The expert discovery cut-off date shall be continued from October 5, 2012, until October 16, 2012.

(F) The parties shall not use the extensions of time provided for in this Stipulation as a reason to request a trial continuance in the future.

**IT IS SO STIPULATED.**

Dated: August 21, 2012          ROSEN ✦ SABA, LLP

By: /s _____
        JAMES R. ROSEN, ESQ.
        RYAN D. SABA, ESQ.
        Attorneys for Plaintiff,
        E-PASS TECHNOLOGIES, INC.

2
STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING EXPERT REPORTS AND DISCOVERY

1 | Dated: August 21, 2012     **DUANE MORRIS, LLP**

By:/s_____
    RICHARD D. HOFFMAN, ESQ.
    ROBERT M. FINEMAN, ESQ.
    Attorneys for Defendant,
    MOSES & SINGER, LLP

Dated: August 21, 2012     **LONG & LEVIT, LLP**

By: /s_____
    JOSEPH MCMONIGLE, ESQ.
    Jessica R. MacGregor, ESQ.
    Attorneys for Defendant,
    STEPHEN N. WEISS

ROSEN ✧ SABA, LLP
468 NORTH CAMDEN DRIVE, 3RD FLOOR
BEVERLY HILLS, CALIFORNIA 90210

3
STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING EXPERT REPORTS AND DISCOVERY

# [Proposed] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

The Court received and reviewed the Stipulation by and between Plaintiff and Defendants regarding Expert Reports and Discovery [USDC Docket # ___.]

After consideration of the Stipulation, and good cause appearing, the Court orders as follows:

(A) The non-expert discovery cut-off deadline shall remain as August 24, 2012, except that the deposition of Michael Cooper may proceed on August 27, 2012, in Seattle, Washington.

(B) Plaintiff's counsel is permitted to attend and ask questions at the deposition of Richard Brass on August 24, 2012, in Friday Harbor, Washington, and at the deposition of Michael Cooper on August 27, 2012, in Seattle, Washington, in person and/or by Skype or telephone from Los Angeles.

(C) The date to exchange opening expert reports shall be continued from August 24, 2012, until September 4, 2012.

(D) The date to exchange rebuttal expert reports shall be continued from September 14, 2012, to September 25, 2012.

(E) The expert discovery cut-off date shall be continued from October 5, 2012, until October 16, 2012.

(F) The parties shall not use the extensions of time provided for in this Order as a reason to request a trial continuance in the future.

**IT IS SO ORDERED.**

Date: __08/24/2012_____  By: _____
                                    Hon. Judge Edward M. Chen