IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| E-PASS TECHNOLOGIES, INC., | Case No. C09-5967 EMC (JSC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: JOINT DISCOVERY LETTER (Dkt. No. 184)** |
| MOSES & SINGER, LLP, et al., | |
| Defendants. | |

In accordance with the parties' joint discovery letter filed August 29, 2012 (Dkt. No. 184), Defendant Moses & Singer shall submit to the Court for its *in camera* review unredacted copies of the two agreements at issue. Upon review of the agreements, the Court will advise the parties if elimination of any of the redactions at issue is warranted.

**IT IS SO ORDERED.**

Dated: August 29, 2012

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE