IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSES & SINGER, LLP, et al., <br><br> Defendants. | Case No. 09-5967 EMC (JSC) <br><br> **ORDER RE: JOINT DISCOVERY LETTER (Dkt. Nos. 184, 186)** |

The Court is in receipt of unredacted copies of the two agreements at issue in the August 29, 2012 joint letter submitted by the parties. (Dkt. No. 184.) After careful *in camera* review of the disputed sections, the Court finds that Defendant's redactions are proper as the redacted material is not relevant to any issue in this case. *See* Fed. R. Civ. P. 26(b)(1).

**IT IS SO ORDERED.**

Dated: September 5, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE