IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MOSES & SINGER, LLP, et al.,<br><br>    Defendants. | Case No. 09-5967 EMC (JSC)<br><br>**ORDER RE: JOINT SCHEDULING LETTER** (Dkt. No. 188) |

The Court is in receipt of a joint letter from the parties setting forth the following proposed discovery deadlines:

(1) Defendants will serve supplemental responses to the Interrogatories and Requests for Production of Documents by email to Plaintiff's counsel on or before September 10, 2012;

(2) Plaintiff's expert economist witness will serve his FRCP Rule 26(a)(2)(B) report on or before September 24, 2012;

(3) All parties will then have until October 9, 2012, to exchange rebuttal expert reports; and

(4) The expert discovery cut-off date is continued until November 2, 2012.

1    The Court adopts this schedule on the condition that the parties shall not use the
2 continued expert discovery cut-off date as a reason to seek continuance of existing deadlines
3 related to dispositive motions and trial.

4    **IT IS SO ORDERED.**

5 Dated: September 12, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE