JAMES R. ROSEN, ESQ. (State Bar No. 119438)
jrosen@rosensaba.com
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
LAURA L. CABLE, ESQ. (State Bar No. 278432)
lcable@rosensaba.com
**Members of Rosen ✧ Saba, LLP**
468 North Camden Drive, Third Floor
Beverly Hills, California 90210
Telephone:   (310) 285-1727
Facsimile:   (310) 285-1728

Attorneys for Plaintiff,
E-PASS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOSES & SINGER, LLP, a New York Limited Partnership; STEPHEN N. WEISS, ESQ., an Individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:09-cv-05967-EMC<br>*Honorable Edward M. Chen*<br><br>**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS REGARDING AN EXTENSION OF TIME TO FILE A JOINT CMC STATEMENT AND PARTIES' UPDATED OFFERS OF PROOF; [Proposed] ORDER**<br><br>Complaint Filed: December 21, 2009<br>Trial Date:          February 4, 2013 |

STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING AN EXTENSION OF TIME FOR FILING

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

(1) WHEREAS, on August 1, 2012, the Court issued an Order re Parties' Second Offers of Proof as to Phase One of Trial. [USDC Docket #179.] Part of this Order directed the parties to file an updated joint CMC statement with their updated offers of proof as to Phase One of the trial no later than September 21, 2012 in preparation for a status conference on October 5, 2012, at 10:30 a.m.

(2) WHEREAS, the parties met and conferred regarding the joint CMC statement and agreed that all parties would benefit from a slight extension of time with the Court's approval.

Now, therefore, the parties, by and through their counsel of record, STIPULATE as follows:

(A) The parties respectfully request the Court to permit the parties to file the joint CMC statement and the parties' updated offers of proof as to Phase One of the trial no later than September 25, 2012.

**IT IS SO STIPULATED.**

Dated: September 19, 2012            ROSEN ✧ SABA, LLP

                                   By: /s _____
                                           JAMES R. ROSEN, ESQ.
                                           RYAN D. SABA, ESQ.
                                           LAURA L. CABLE
                                           Attorneys for Plaintiff,
                                           E-PASS TECHNOLOGIES, INC.

ROSEN ✧ SABA, LLP
468 NORTH CAMDEN DRIVE, 3RD FLOOR
BEVERLY HILLS, CALIFORNIA 90210

1
STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING AN EXTENSION OF TIME FOR FILING

Dated: September 19, 2012         **DUANE MORRIS, LLP**

By:/s _____
RICHARD D. HOFFMAN, ESQ.
ROBERT M. FINEMAN, ESQ.
Attorneys for Defendant,
MOSES & SINGER, LLP

Dated: September 19, 2012         **LONG & LEVIT, LLP**

By: /s _____
JOSEPH MCMONIGLE, ESQ.
JESSICA R. MACGREGOR, ESQ.
Attorneys for Defendant,
STEPHEN N. WEISS

# [~~Proposed~~] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

The Court received and reviewed the Stipulation by and between Plaintiff and Defendants regarding Expert Reports and Discovery [USDC Docket # __.]

After consideration of the Stipulation, and good cause appearing, the Court orders as follows:

(A)   The joint CMC statement with the parties' updated offers of proof as to Phase One of the trial will be filed no later than September 25, 2012.

**IT IS SO ORDERED.**

Date: ____ 9/20/12 _____

By: _____
M. Chen

