JAMES R. ROSEN, ESQ. (State Bar No. 119438)
jrosen@rosensaba.com
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
LAURA L. CABLE, ESQ. (State Bar No. 278432)
lcable@rosensaba.com
**Members of Rosen ✦ Saba, LLP**
468 North Camden Drive, Third Floor
Beverly Hills, California 90210
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

Attorneys for Plaintiff,
E-PASS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOSES & SINGER, LLP, a New York Limited Partnership; STEPHEN N. WEISS, ESQ., an Individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:09-cv-05967-EMC<br>*Honorable Edward M. Chen*<br><br>**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS REGARDING EXTENSION OF EXPERT DISCOVERY CUTOFF AND DEFENDANTS' OPTION TO SUPPLEMENT THEIR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION ; [Proposed] ORDER**<br><br>Complaint Filed: December 21, 2009<br>Trial Date: February 4, 2013 |

STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING EXTENSION OF EXPERT DISCOVERY CUTOFF

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

(1) WHEREAS, on September 10, 2012, the parties submitted a joint letter to Honorable Jacqueline S. Corley [USDC Docket #188] agreeing to extend the expert discovery cut-off date to November 2, 2012.

(2) WHEREAS, on September 12, 2012, Judge Corley entered an Order granting the requested extension. [USDC Docket #189]

(3) WHEREAS, the deposition of Plaintiff's standard of care expert, John Carson, Esq., was originally set for October 30, 2012. However, due to an unforeseen scheduling conflict, Mr. Carson is now unavailable for his scheduled deposition date. Defendants have agreed to reset Mr. Carson's deposition date to November 5, 2012.

(4) WHEREAS, the deposition testimony of Mr. Carson may contain information Defendants may want to use to supplement their Reply to Plaintiff's Opposition to Motion for Summary Judgment, now due November 1, 2012. Plaintiff agrees to allow Defendants to supplement their Reply to Plaintiff's Opposition to Motion for Summary Judgment no later than November 8, 2012, in consideration of the necessary scheduling change.

Now, therefore, the parties, by and through their counsel of record, STIPULATE as follows:

(A) The parties respectfully request that the Court extend the Court's deadline for concluding expert depositions to and including November 5, 2012, on which date Defendants will take the deposition of John Carson, Esq.

(B) The parties respectfully request that the Court permit Defendants an opportunity to supplement their Reply to Plaintiff's Opposition to Defendants' Summary Judgment with any information obtained in John Carson, Esq.'s deposition, to be filed no later than November 8, 2012.

1
STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING EXTENSION OF EXPERT DISCOVERY CUTOFF

**IT IS SO STIPULATED.**

Dated: October 29, 2012  ROSEN ✧ SABA, LLP

By: /s
    JAMES R. ROSEN, ESQ.
    RYAN D. SABA, ESQ.
    LAURA L. CABLE, ESQ.
    Attorneys for Plaintiff,
    E-PASS TECHNOLOGIES, INC.

Dated: October 29, 2012  DUANE MORRIS, LLP

By: /s
    RICHARD D. HOFFMAN, ESQ.
    ROBERT M. FINEMAN, ESQ.
    Attorneys for Defendant,
    MOSES & SINGER, LLP

Dated: October 29, 2012  LONG & LEVIT, LLP

By: /s
    JOSEPH MCMONIGLE, ESQ.
    JESSICA R. MACGREGOR, ESQ.
    Attorneys for Defendant,
    STEPHEN N. WEISS

STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING EXTENSION OF EXPERT DISCOVERY CUTOFF

# [Proposed] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The Court received and reviewed the Stipulation by and between Plaintiff and Defendants regarding Expert Reports and Discovery [USDC Docket # __.]

After consideration of the Stipulation, and good cause appearing, the Court orders as follows:

(A) The expert discovery cut-off deadline shall be continued to November 5, 2012, so that the deposition of John Carson, Esq. may proceed on November 5, 2012.

(B) Defendants may file a supplemental reply to Plaintiff's Opposition to Motion for Summary Judgment, to be filed no later than November 8, 2012

(C) No other dates for future proceedings, including trial, shall be affected by this Order.

~~IT IS SO ORDERED.~~

Date: __November 5, 2012__



_____
Honorable Jacqueline S. Corley

3
STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS
REGARDING EXTENSION OF EXPERT DISCOVERY CUTOFF

ROSEN ✧ SABA, LLP
468 NORTH CAMDEN DRIVE, 3RD FLOOR
BEVERLY HILLS, CALIFORNIA 90210