| | |
|---|---|
| Richard D. Hoffman (SBN 76799) <br> Robert M. Fineman (SBN 188211) <br> **DUANE MORRIS LLP** <br> Spear Tower <br> One Market Plaza, Suite 2200 <br> San Francisco, CA 94105-1127 <br> Telephone: 415.957.3000 <br> Facsimile: 415.957.3001 <br> E-mail:   RHoffman@duanemorris.com <br>            RMFineman@duanemorris.com <br><br> Attorneys for Defendant <br> MOSES & SINGER, LLP | James R. Rosen (SBN 119438) <br> Ryan D. Saba (SBN 192370) <br> Laura L. Cable (SBN 278432) <br> **ROSEN SABA, LLP** <br> 468 North Camden Drive, Third Floor <br> Beverly Hills, California 90210 <br> Telephone:   310.285.1727 <br> Facsimile:    310.285.1728 <br><br> Attorneys for Plaintiff <br> E-PASS TECHNOLOGIES, INC. |

Joseph P. McMonigle (SBN 66811)
Jessica Rudin MacGregor (SBN 168777)
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: 415.397.2222
Facsimile: 415.397.6392
E-mail:jmcmonigle@longlevit.com
       jmacgregor@longlevit.com

Attorneys for Defendant
STEPHEN N. WEISS, ESQ.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MOSES & SINGER, LLP, a New York Limited Partnership; STEPHEN N. WEISS, ESQ., an Individual; and DOES 1 through 59, inclusive, <br><br> Defendants. | Case No.: 3:09-cv-05967-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS MOSES & SINGER, LLP AND STEPHEN N. WEISS, ESQ.** <br><br> Courtroom:       5, 17th Floor <br> Judge:               Hon. Edward M. Chen <br> Complaint Filed: December 21, 2009 <br> Trial Date:        February 4, 2013 |

1     **IT IS HEREBY STIPULATED** by and between Plaintiff E-PASS TECHNOLOGIES, INC. and Defendants MOSES & SINGER, LLP and STEPHEN N. WEISS, ESQ., that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each side to bear their own costs and fees.

Dated: December 17, 2012      **DUANE MORRIS LLP**

By:      /s/ Richard D. Hoffman
Richard D. Hoffman
Robert M. Fineman

Attorneys for Defendant
MOSES & SINGER, LLP

Dated: December 17, 2012      **LONG & LEVITT LLP**

By:      /s/ Jessica R. MacGregor
Joseph P. McMonigle
Jessica R. MacGregor

Attorneys for Defendant
STEPHEN N. WEISS, ESQ.

Dated: December 17, 2012      **ROSEN SABA, LLP**

By:      /s/ James R. Rosen
James R. Rosen
Ryan D. Saba
Laura L. Cable

Attorneys for Plaintiff
E-Pass Technologies, Inc.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the action by and between
2  Plaintiff E-Pass Technologies, Inc. and Defendants Moses & Singer, LLP and Stephen N. Weiss,
3  Esq. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of
4  Civil Procedure.

**IT IS SO ORDERED.**

DATED: December __19__, 2012



Judge Edward M. Chen
United States District Court